UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | 2:05-CR-373-KJD-LRL |
| vs. | ) | |
| MCTHERON JONES | ) | |
| Defendant. | ) | |

FILED
ENTERED
RECEIVED
SERVED ON
COUNSEL/PARTIES OF RECORD

DEC 15 2016

CLERK US DISTRICT COURT
DISTRICT OF NEVADA

BY:_____ DEPUTY

## ORDER

The matter before the court is to clarify the order of restitution previously entered as part of the Judgment in a Criminal Case (#143) on July 5, 2007.   Upon further review of the restitution order in this matter, the specifics needed to complete the order of restitution were not made a part of the Judgment.   Therefore, good cause appearing,

**IT IS ORDERED** that the defendant shall make restitution to the following payee(s) listed below:

Name of Payee: OFFICE OF JUSTICE PROGRAMS
Amount of Restitution: $7,925.51

**Total Amount of Restitution ordered:  $7,925.51**

Dated this _____14th_____ day of December, 2016.

_____
UNITED STATES DISTRICT JUDGE